1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7      UNITED STATES,                                Case No.18-mj-70875  (SK)

8                        Plaintiffs,

9               v.                                   Charging District's Case No.
                                                     CR-18-302
10     MARCO RESCINO,

11                       Defendant.

12                           **COMMITMENT TO ANOTHER DISTRICT**

13          The defendant has been ordered to appear in the Eastern District of New York

14     The defendant may need an interpreter for this language: n/a.

15          The defendant:          ( ) will retain an attorney.

16                                  (X) is requesting court-appointed counsel.

17          The defendant remains in custody after the initial appearance.

18

19          **IT IS ORDERED:**  The United States Marshal must transport the defendant, together with

20     a copy of this order, to the charging district and deliver the defendant to the United States Marshal

21     for that district, or to another officer authorized to receive the defendant.  The Marshal or officer

22     of the charging district should immediately notify the United States Attorney and the Clerk of the

23     Clerk for that district of the defendant's arrival so that further proceedings may be promptly

24     scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the

25     charging district.

26     Dated: June 22, 2018

27     _____
       SALLIE KIM
28                                        United States Magistrate Judge